IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONNA R. LAND,

    Plaintiff,

v.                                                         CASE NO. 5:09cv369-SPM/MD

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated January 6, 2011 (doc. 26). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 26) is ADOPTED and incorporated by reference in this order.

2.    The decision of the Commissioner is affirmed.

3. The clerk is directed to close this file.

DONE AND ORDERED this 3rd day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO. 5:09cv369-SPM/MD